BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NICHOLAS G. PURCELL (Cal. Bar No. 313632)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3752
    Facsimile: (213) 894-0141
    E-mail:    nicholas.purcell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-005059-DUTY |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT AVERY QUINN SCOPE CRAFTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| AVERY QUINN SCOPE CRAFTS, et al., | |
| Defendants. | |

    The Acting United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint specifically against defendant Avery Quinn Scope Crafts without prejudice. The government does not seek to dismiss the complaint as to co-defendant Mario Chacon.

    The government's request for dismissal is made in good faith and in the interest of justice. The request is not opposed by defense counsel. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

1     Accordingly, the government requests that the Court grant this
2 motion to dismiss the complaint without prejudice against defendant
3 Avery Quinn Scope Crafts only pursuant to Federal Rule of Criminal
4 Procedure 48(a).  The government further requests that defendant
5 Avery Quinn Scope Crafts' bond be exonerated, and that any terms and
6 conditions of pretrial release be terminated.

7 Dated: August 28, 2025         Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      Acting United States Attorney

                                      CHRISTINA T. SHAY
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                          */s/ Nicholas G. Purcell*
                                      NICHOLAS G. PURCELL
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA