1  BILAL A. ESSAYLI
   Acting United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   NICHOLAS G. PURCELL (Cal. Bar No. 313632)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3752
7       Facsimile: (213) 894-0141
        E-mail:    nicholas.purcell@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                      UNITED STATES DISTRICT COURT
11
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,           No. 2:25-mj-005059-DUTY
13
             Plaintiff,                [PROPOSED] ORDER TO DISMISS
14                                     COMPLAINT WITHOUT PREJUDICE
             v.                        AGAINST DEFENDANT AVERY QUINN
15                                     SCOPE CRAFTS PURSUANT TO FEDERAL
                                       RULE OF CRIMINAL PROCEDURE 48(a)
16 AVERY QUINN SCOPE CRAFTS, et al.,

17           Defendants.

18

19      The Court has read and considered the government's motion to

20 dismiss the complaint without prejudice against defendant Avery Quinn

21 Scope Crafts.  The Court finds that there is good cause to dismiss

22 the complaint in the interests of justice specifically as to

23 defendant Avery Quinn Scope Crafts.

24 //

25 //

26 //

27

28

1    Accordingly, IT IS HEREBY ORDERED that the complaint is
2 dismissed without prejudice against defendant Avery Quinn Scope
3 Crafts in the interests of justice.  Defendant Avery Quinn Scope
4 Crafts' bond shall be exonerated and any terms and conditions of
5 pretrial release shall be terminated.
6    The complaint is not dismissed as to co-defendant Mario Chacon.
7    IT IS SO ORDERED.

_____    _____
 DATE                           HONORABLE ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE


Presented by:

          /s/
_____
NICHOLAS G. PURCELL
Assistant United States Attorney