|   |   |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
|   | Federal Public Defender |
| 2 | (Bar No.        ) |
|   | (E-Mail:         ) |
| 3 | Deputy Federal Public Defender |
|   | 321 East 2nd Street |
| 4 | Los Angeles, California 90012-4202 |
|   | Telephone: (213) 894-2854 |
| 5 | Facsimile: (213) 894-0081 |
| 6 | Attorneys for Defendant |

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2025
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Avery Quinn Scopes Crafts,

    Defendant.

Case No. 2:25-MJ-05050q-DUTY 1

**ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS**

    I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

_____  
(Defendant's signature)

Date: 8/18/25  Time: 2:06

_____  
Bert Roughter  
(Attorney's name printed)

_____  
Bert Roughter  
(Attorney's name printed)